IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                         CIVIL NO. 06-5232
                           CRIMINAL NO.  04-50043-001

PABLO GONZALEZ                                              DEFENDANT/MOVANT

O R D E R

Movant, a prisoner at Cibola Correctional Center, a federal correctional institution, has filed a Motion under 28 U.S.C., Section 2255 for review by this court [document number 28]. Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 23rd day of January 2007.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE