IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                     Civil No. 06-5232
                       Criminal No. 04-50043-001

PABLO GONZALEZ                                   DEFENDANT/MOVANT

## **O R D E R**

On this 18th day of July, 2007, there comes on for consideration the Report and Recommendation filed in this case on May 31, 2007, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 32.) The movant has filed objections to the Report and Recommendation. (Doc. 33.)

The Court has reviewed this case *de novo* and finds that the Report And Recommendation is sound in all respects; that the movant's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report And Recommendation is **adopted in toto.**

IT IS FURTHER ORDERED that, for the reasons set forth therein, the instant motion is **denied** and **dismissed with prejudice.**

IT IS SO ORDERED.

                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE